Court of Appeals, and not with this Court, due to the explicit and clear language of the above statute.

## CONCLUSION

VDI's Motion for Reconsideration should be denied for all the above reasons.

Dated: June 7, 2010

s/Roy B. Thompson

**ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
THOMPSON & BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone: 503-245-6600
Cellphone: 503-381-9945
Facsimile: 503-244-8399
**MERRISA L. COLEMAN-BISHOP**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA 95124
Telephone: 408-377-1368
Facsimile: 408-377-1439
**MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
516 SE Morrison, Suite 1200
Portland, OR 97214
Telephone: 503-234-7711
Facsimile: 503-224-0092

Attorneys for The Hoffman Group, LLC (and Opus Distributing, LLC and Marix Distributing, LLC)