UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 06-00984-JVS(ANx) | Date | August 4, 2010 |
| Title | Vertical Doors Inc. v. Howitt, et al. | | |

Present: The Honorable     James V. Selna

| | |
|---|---|
| Julie Barrera | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER SETTING STATUS CONFERENCE

The Court hereby sets a  Status Conference on August 5, 2010 at 11:00 a.m.  The parties were notified and agreed to be available for the Status Conference.

00   :   00

Initials of Preparer     jcb