UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 06-00984-JS(ANx) | Date August 5, 2010 |
| Title Vertical Doors Inc. v. Howitt, et al. | |

Present: The Honorable   James V. Selna

| Julie Barrear | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Neal M. Cohen | Roy Thompson |
| | Mark Hubert |

**Proceedings:**   Status Conference re Pending Motions

  Cause called and parties make their appearances by telephone. The Court and counsel confer. The Court orders no further action on motions until status conference with principal parties is held.

| | 00 | : | 10 |
|---|---|---|---|
| Initials of Preparer | jcb | | |