**MERRISA L. COLEMAN-BISHOP**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA 95124
Telephone:  408-377-1368
Facsimile:   408-377-1439
**ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
THOMPSON & BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:  503-245-6600
Facsimile:   503-244-8399
**MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:  503-234-7711
Facsimile:   503-224-0092
Attorneys for The Hoffman Group, LLC (and Opus Distributing, LLC and Marix
Distributing, LLC)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation, | **Case No. SA-CV-06-984 JVS (ANx)** |
| | **Consolidated with:** |
| | **Case No. SA-CV-07-275-JVS (ANx)** |
| Plaintiff, | **NOTICE OF MOTION AND** |
| | **MOTION FOR PARTIAL** |
| v. | **SUMMARY JUDGMENT** |
| | **Honorable James V. Selna** |
| Matthew Howitt, et al., | **Courtroom 10C** |
| | **October 18, 2010 (tentative)** |
| Defendants. | **1:30 p.m.** |

TO ALL PARTIES AND THEIR COUNSEL: PLEASE TAKE NOTICE that

**Page 1 - NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT - Invalidity of
'655 Patent**

on October 18, 2010,  at 1:30 p.m., or as soon thereafter as determined by the Court, at the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, in the Courtroom of the Honorable James V. Selna, The Hoffman Group, LLC ("THG") will and hereby does move for partial summary judgment for a Declaration of Invalidity of Claims 1, 2, 3, 6, 9, 13, 14, 16, 17, 19, and 21 of Plaintiff Vertical Doors, Inc.'s ("VDI") U.S. Patent No. 7,059,655 ("the '655 Patent")

The motion is and will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Mark Hubert and Gary Gilbertson with Exhibits, the accompanying Separate Statement of Uncontroverted Material Facts, all pleadings and papers filed in this matter, oral argument, and any other matters properly presented to the Court.

This motion is made following multiple conferences of counsel over the issues raised by the motion pursuant to Local Rule 7-3 which took place numerous times between October 2009 and June 2010.

///////
///////
///////
///////
///////
///////
///////
///////
///////
///////
///////
///////

**Page 2 - NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT - Invalidity of '655 Patent**

1    **Counsel are aware of opposing counsel's schedule and that opposing**

2    **counsel may not be staffed sufficiently at this time to handle the necessary**

3    **responsive pleadings. Accordingly, so as not to prejudice any party's rights nor**

4    **unduly "jam up" opposing counsel, the parties will not object on grounds of**

5    **lateness to any response filed outside of the timeframes otherwise set by statute**

6    **or the Federal Rules or local rule but still allowing the non-objecting party**

7    **sufficient time itself to respond to the "late" filing, and still allowing for any**

8    **replies to be filed at least 14 days before the hearing. Further, and for the same**

9    **reasons, counsel will stipulate to any reasonable extensions requested.**

10   Dated: August 26, 2010        /s/ Merrisa L. Coleman-Bishop

11                                 **MERRISA L. COLEMAN-BISHOP**
                                   State Bar No. 160046
12                                 LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
                                   e-mail: MerrisaSJC@aol.com
13                                 2242 Camden Ave., Suite 105
14                                 San Jose, CA 95124
                                   Telephone:  408-377-1368
15                                 Facsimile:  408-377-1439
16                                      /s/ Roy B. Thompson

17                                 **ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
                                   THOMPSON & BOGRÁN, P.C.
18                                 E-mail: roythompson@comcast.net
19                                 15938 SW Quarry Rd., Suite B-6
                                   Lake Oswego, OR 97035
20                                 Telephone:  503-245-6600
21                                 Facsimile:   503-244-8399
22                                      /s/ Mark S. Hubert

23                                 **MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
                                   MARK S. HUBERT, P.C.
24                                 e-mail: MarkHubert@pacifier.com
25                                 2300 SW First, Suite 101
                                   Portland, OR 97201
26                                 Telephone:  503-234-7711
27                                 Facsimile:    503-224-0092
              Attorneys for The Hoffman Group, LLC, et al.
28

**Page 3 - NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT - Invalidity of '655 Patent**