# Table of Contents

Table of Authorities .................................................................................................. ii

I.  INTRODUCTION ............................................................................................ 2

II. STANDARD FOR SUMMARY JUDGMENT .............................................. 3

III. LAW OF PATENT INVALIDITY .................................................................. 4

    1. Claim Construction ..................................................................... 5

    2. Presumption of Validity ............................................................... 5

    3. Anticipation ................................................................................. 6

    4. Obviousness ................................................................................. 6

    5. Indefiniteness .............................................................................. 7

    6. Non-enablement .......................................................................... 8

    7. Inherency .................................................................................... 8

IV. THE '655 PATENT ......................................................................................... 8

    Claim 1 Invalidity ............................................................................ 9

        Anticipation by The '697 Patent ....................................... 10

        Anticipation by the Street Weapon Composite Hinges ................. 11

        Obviousness by Three Prior Art References ................................ 19

    Claim 2 ........................................................................................... 22

        Indefiniteness and Non-Enablement ............................................. 23

        Obviousness ................................................................................. 24

    Claims 3 and 6 ............................................................................... 31

    Claim 9 .......................................................................................... 32

    Claim 13 ........................................................................................ 34

    Claim 16 ........................................................................................ 34

    Claim 17 ........................................................................................ 36

    Claim 19 ........................................................................................ 36

V. CONCLUSION ............................................................................................... 37

# Table of Authorities

## Cases

*Acacia Media Technologies Corp. v. New Destiny Internet Group*,
    405 FSupp2d 1127 (ND Cal. 2005)....................................................... 23

*American Hoist & Derrick Co. v. Sowa & Sons, Inc.*,
    725 F2d 1350 (FedCir, 1984)............................................................... 4, 5

*Amgen, Inc. v. Chugai Pharm. Co.*, 927 F2d 1200 (Fed.Cir. 1991).................. 23

*Anderson's Black Rock, Inc. v. Pavement Salvage Co.*, 396 US 57 (1969)..... 31

*Application of Mayhew*, 527 F2d 1229 (CCPA, 1976).................................... 24

*Atlas Powder Co. v. E.I. DuPont deNemours & Co.*,
    750 F2d 1569 (Fed.Cir. 1984)................................................................... 6

*Automotive Technologies International, Inc. v. BMW of North America, Inc.*,
    501 F3d 1274 (Fed.Cir. 2007).................................................................. 8

*Bausch & Lomb, Inc. v. Barnes-Hind/Hydrocurve, Inc.*,
    796 F2d 443 (Fed.Cir. 1986), *cert. den.* 484 US 823.............................. 7

*Celotex v. Catrett,* 477 US 317 (1986)............................................................... 4

*C.R. Bard, Inc. v. Adv. Cardiovascular Sys., Inc.*,
    911 F2d 670 (Fed.Cir.1990).................................................................... 9

*Cytologix Corp. v. Ventana Med. Sys., Inc.*, 424 F3d 1168 (Fed.Cir. 2005)..... 10

*Dow Chemical Co. v. American Cyanamid Co.*,
    816 F2d 617 (Fed.Cir. 1987) *cert. den.* 484 US 849............................... 16

*Exxon Res. & Eng'g Co. v. United States*, 265 F3d 1371 (Fed.Cir. 2001)........ 7

*General Am. Trans. Co. v. Cryo-Trans, Inc.*, 93 F3d 766 (Fed.Cir. 1997),
    *cert. den.* 520 US 1155............................................................................ 5

*Graham v. John Deere Co.*, 383 US 1 (1966).................................................... 7

*In re Stephen Wright,* 999 F2d 1557 (Fed.Cir. 1993)........................................ 24

*Iron Grip Barbell Co. v. USA Sports, Inc.*, 392 F3d 1317 (Fed.Cir. 2004)....... 7

*KSR International Co. v. Teleflex, Inc.*, 550 US 398 (2007)............. 6, 19, 20, 31

*Lewmar Marine, Inc. v. Barient, Inc.*, 827 F2d 744 (Fed.Cir. 1987)................ 12

*Lindemann Machinenfabrick GmbH v. American Hoist & Derrick Co.*,
      730 F2d 1452 (Fed.Cir. 1984)................................................................ 5

*Markman v. Westview Instruments, Inc.*, 52 F3d 967 (Fed.Cir. 1995),
      *aff'd* 517 US 370 (1996).......................................................................... 5

*Markman v. Westview Instruments,* 517 US 370 (1996).................................. 10

*Markurkar v. C.R. Bard, Inc.*, 79 F3d 1572 (Fed.Cir. 1996)............................ 11

*MEHL v. Biophile, Int'l. Corp.*, 192 F3d 1362 (Fed.Cir. 1999)..................... 8, 33

*Moxness Products, Inc. v. Xomed, Inc.*, 891 F2d 890 (Fed.Cir. 1989) ............... 4

*Muntiform Dessicants, Inc. v. Medzam, Ltd.*, 133 F3d 1473 (Fed.Cir. 1998)..... 5

*Palumbo v. Don-Joy Co.*, 762 F2d 969 (Fed.Cir. 1985).................................... 4

*Perricon v. Medicis Pharm. Corp.*, 432 F3d 1368 (Fed.Cir. 2005)............... 8, 12

*Personalized Media Commc'ns, LLC v. Int'l Trade Comm'n.*,
      161 F3d 696 (Fed.Cir. 1998).................................................................. 7

*Phillips v. AWH Corp.*, 415 F3d 1303 (Fed.Cir. 2005) ..................................... 6

*Sakraida v. AG Pro, Inc.*, 425 US 273 (1976).................................................. 31

*Smith-Kline Diagnostics, Inc. v. Helena Lab. Corp.*,
      859 F2d 878 (Fed.Cir. 1988).................................................................. 5

*SRI Int't. v. Matsushita Elec. Corp.*, 775 F2d 1107 (Fed.Cir. 1985)................ 3, 4

*Syntex Pharmaceuticals Int'l., Ltd. v. K-Line Pharmaceuticals, Ltd.*,
      905 F2d 1525 (Fed.Cir. 1990)................................................................ 4

### Other Authorities

FRCivP 56.................................................................................................... 3, 4

35 USC §101...................................................................................................... 5

35 USC §102........................................................................................... 6, 9, 16

35 USC §103........................................................................................... 6, 9, 19

35 USC §112.................................................................................................... 23

35 USC §119(e)................................................................................................ 8

35 USC §271(a)................................................................................................ 8

35 USC §271(b)................................................................................................ 8

35 USC §271(c)................................................................................................ 8

35 USC §282.................................................................................................... 5


*Chisum on Patents* §3.03. ................................................................................ 8


*Manual of Patent Examining Procedures*

    MPEP §706.03(d)................................................................................. 23, 24

    MPEP §2112......................................................................................... 8

    MPEP §2136.03.................................................................................... 8

    MPEP §2172.01.................................................................................... 24