1   **MERRISA L. COLEMAN-BISHOP**, State Bar No. 160046
2   LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
    e-mail: MerrisaSJC@aol.com
3   2242 Camden Ave., Suite 105
4   San Jose, CA 95124
    Telephone:  408-377-1368
5   Facsimile:   408-377-1439
6   **ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
7   THOMPSON & BOGRÁN, P.C.
    E-mail: roythompson@comcast.net
8   15938 SW Quarry Rd., Suite B-6
9   Lake Oswego, OR 97035
    Telephone:  503-245-6600
10  Facsimile:   503-244-8399
11  **MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
    MARK S. HUBERT, P.C.
12  e-mail: MarkHubert@pacifier.com
13  2300 SW First, Suite 101
    Portland, OR 97201
14  Telephone:  503-234-7711
15  Facsimile:   503-224-0092
16        Attorneys for The Hoffman Group, LLC

17              **UNITED STATES DISTRICT COURT**
18         **CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)**

19  Vertical Doors, Inc., a California        **Case No. SA-CV-06-984 JVS (ANx)**
20  corporation,                              **consolidated with:**
                                              **Case No. SA-CV-07-275-JVS (ANx)**
21              Plaintiff,                    **THG'S SEPARATE STATEMENT**
                                              **OF MATERIAL**
22                                            **UNCONTROVERTED FACTS**
            v.                                **AND CONCLUSIONS OF LAW IN**
23                                            **SUPPORT OF MOTION FOR**
24  Matthew Howitt, et al.,                   **PARTIAL SUMMARY**
                Defendants.                   **JUDGMENT (Invalidity of '655)**
25
26
27
28  **Page 1 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN**
    **SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**
    **'655 PATENT**

Pursuant to LR 56-1, The Hoffman Group, LLC ("THG") hereby submits its separate statement of Uncontroverted Facts and Proposed Conclusions of Law.

**Uncontroverted Facts**

**Uncontroverted Fact No. 1:** Demetrius Ham filed his initial provisional patent application on May 20, 2002 on a "Vertical Door Conversion Kit" that was superseded by a non-provisional application that eventually matured into issued patent 6,845,547 on January 25, 2005, with an invention date of May 20, 2002.

**Evidence Supporting Uncontroverted Fact No. 1:**   Cover page '547 patent. Declaration of Mark Hubert - Exhibit 1.

**Uncontroverted Fact No. 2:** On November 24, 2003, Demetrius Ham filed an application for what would become U.S. Patent No. 7,059,655, as a division of the '547 Patent, incorporated by reference.

**Evidence Supporting Uncontroverted Fact No. 2:** '655 patent. Declaration of Mark Hubert - Exhibit 2.

**Uncontroverted Fact No. 3:**   VDI is not "claiming priority to the earlier-filed provisional application Serial No. 60/382,281 for claims 8 - 10."

**Evidence Supporting Uncontroverted Fact No. 3:** VDI's  PLR 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions at page 4.  Declaration of Mark S. Hubert - Exhibit 3.

**Uncontroverted Fact No. 4:** The '655 patent has a purported date of invention of November 26, 2002.

**Evidence Supporting Uncontroverted Fact No. 4**  Cover page of '655 and '547 patents. Declaration of Mark Hubert - Exhibits 1 and 2; VDI's  PLR 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions at page 18 in Case No. SA CV 07-275 Declaration of Mark S. Hubert - Exhibit 6.

**Uncontroverted Fact No. 5:** The GT Factory hinge made, sold, and installed by Daniel Chase infringes claims of the '547 patent.

**Page 2 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

1
2
**Evidence Supporting Uncontroverted Fact No. 5**:  VDI's First Amended Complaint in, Count 9, in Case No. SA CV 06-984,   Declaration of Mark Hubert -Exhibit 7.

3
4
**Uncontroverted Fact No. 6:**  In 2000 Daniel Greenbank founded a company called Streetweapon Composites which customized automobiles.

5
6
7
**Evidence Supporting Uncontroverted Fact No. 6**:  November 27, 2007, deposition of Daniel Greenbank page 45 line 4 to page 47 line15; Declaration of Mark S. Hubert - Exhibit 5.

8
9
10
**Uncontroverted Fact No. 7:**  In May 2000 Daniel Greenbank  was approached by a Ms. Lisa Mai with the idea of converting the doors on her Toyota Supra into "Lambo doors."

11
12
13
**Evidence Supporting Uncontroverted Fact No. 7**:  November 27, 2007, deposition of Daniel Greenbank page 48 line23 to page 50 line 3; Declaration of Mark S. Hubert - Exhibit 5.

14
15
**Uncontroverted Fact No. 8**: Daniel Greenbank visited a Lamborghini store to study the motion of a "Lambo hinge" and took photographs.

16
17
18
**Evidence Supporting Uncontroverted Fact No. 8**:  November 27, 2007, deposition of Daniel Greenbank page 50 line 4 to line 10; Declaration of Mark S. Hubert - Exhibit 5.

19
20
21
**Uncontroverted Fact No. 9:**  Lisa Mai dropped off her car on June 30, 2000 to have the Lambo hinges installed and paid an $800 deposit by a VISA credit card which was noted on her invoice.

22
23
24
25
26
**Evidence Supporting Uncontroverted Fact No. 9:**  November 27, 2007, deposition of Daniel Greenbank page 52 line 22 to page 56 line 16; Declaration of Mark S. Hubert - Exhibit 5; Exhibit 2 to the November 27, 2007, deposition transcript of Daniel Greenbank (a copy of the Lisa Mai invoice); attached as Exhibit 9 to Declaration of Mark S. Hubert.

27
**Uncontroverted Fact No. 10:**  Thereafter, between June 30, 2000 and August 11,

28
**Page 3 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

2000 Greenbank developed and installed his own hinge that would simulate the Lamorghini door opening, and took photographs to document its building along the way.

**Evidence Supporting Uncontroverted Fact No. 10**: November 27, 2007, deposition of Daniel Greenbank Page 59 line 2 to page 62 line 2 and page 97 line 2 to page 100 line 23; attached as Exhibit 5 to Declaration of Mark S. Hubert; Greenbank Exhibits GTF 5,7, 8,19, 20, 21, (photographs taken during the design and building of the GT Factory hinge for Lisa Mai's car) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 10 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 11**: On August 11, 2000 the Lambo hinges were installed and Lisa Mai picked up her car and paid the balance of the invoice which is indicated in the middle of the invoice.

**Evidence Supporting Uncontroverted Fact No. 11**: November 27, 2007, deposition of Daniel Greenbank page 58 line 6 to page 58 line 25; attached as Exhibit 5 to Declaration of Mark S. Hubert; Exhibit 2 to the November 27, 2007, deposition transcript of Daniel Greenbank (a copy of the Lisa Mai invoice); attached as Exhibit 9 to Declaration of Mark S. Hubert;

**Uncontroverted Fact #12**: By August 11, 2000 Daniel Greenbank had designed, made, installed and sold a fully operational set of GT Factory Lambo door hinges.

**Evidence Supporting Uncontroverted Fact No. 12**: November 27, 2007, deposition of Daniel Greenbank page 58 line 6 to 21; attached as Exhibit 5 to Declaration of Mark S. Hubert; Exhibit 1, page GTF 5,7, and 8 (photographs taken during the design and building of the GT Factory hinge) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 11 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 13**: Greenbank made and installed another set of GT Factory hinges on a Nissan 300Z for Victor Thanapanich between the dates of May

**Page 4 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

21, 2001, and July 1, 2001.

**Evidence Supporting Uncontroverted Fact No. 13:** November 27, 2007, deposition of Daniel Greenbank page 62 line 7 to page 67 line 22; attached as Exhibit 5 to Declaration of Mark S. Hubert; Page GTF 9 and 10 (photographs taken during the building and installation of the GT Factory hinge and Victor's invoice) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 12 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 14:** Victor's invoice shows he paid a deposit on April 21, 2001, a further payment by VISA on June 6, 2001 and a final payment when he picked up his car on July 1, 2001.

**Evidence Supporting Uncontroverted Fact No. 14:** November 27, 2007, deposition of Daniel Greenbank  page 62 line 7 to page 67 line 22; attached as Exhibit 5 to Declaration of Mark S. Hubert; Page GTF 9 (photograph taken during the building and installation of the GT Factory hinge and Victor's invoice) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 13 to the Declaration of Mark S. Hubert; Exhibit 3 to the November 27, 2007, deposition transcript of Daniel Greenbank attached as Exhibit 14 to the Declaration of Mark S. Hubert.

**Uncontroverted Fact #15:** By May 15, 2001 Streetweapon Composites had a website running that advertised the Lambo style hinges for sale as Streetweapon kits that brought a customer named Akhil Narang to purchase a set of GT Factory hinges. Supporting Evidence:  November 27, 2007, deposition of Daniel Greenbank Page 70 line 15 to page 71 line 10; attached as Exhibit 5 to Declaration of Mark S. Hubert;

**Uncontroverted Fact #16:** Akihil dropped off his Honda Accord to have Lambo hinges installed on May 15, 2001 and it took  months to finish all the work.

**Evidence Supporting Uncontroverted Fact 16:** November 27, 2007, deposition of Daniel Greenbank page 69 line 13 to page 73 line 9; attached as Exhibit 5 to

**Page 5 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

Declaration of Mark S. Hubert; Exhibit 1, page GTF 11, 12, 14 (Akhil's invoice for the GT Factory hinges and installation photos) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 15 to the Declaration of Mark S. Hubert, Exhibit 4 to the November 27, 2007, deposition transcript of Daniel Greenbank attached as Exhibit 16 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 17**:   Akhil's Honda was displayed on the cover of the January 2002 Speed Infinity magazine and the June 2002 cover of HCI magazine.

**Evidence Supporting Uncontroverted Fact 17:**   November 27, 2007, deposition of Daniel Greenbank Page 74 line 23 to page 75 line 10 and page 75 line 11 to page 77 line 14; attached as Exhibit 5 to Declaration of Mark S. Hubert; Exhibit 1, page GTF 14 and 15 (Speed Infinity Magazine cover and HCI Magazine cover) to the November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit 13 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 18:**   The website for Daniel Greenbank's company Streetweapon Composite as it was on May 15, 2001 is available on the internet and viewable through www.archive.org wherein it can be seen advertising the sale of Lambo door hinges.

**Evidence Supporting Uncontroverted Fact No. 18:** November 27, 2007, deposition of Daniel Greenbank page 25 line 16 to page 134 line 9; attached as Exhibit 5 to Declaration of Mark S. Hubert;. Exhibit 12 (Screen prints of the website for Street Weapon Composite) to the November 27, 2007, deposition transcript of Daniel Greenbank attached as Exhibit 19 to the Declaration of Mark S. Hubert;

**Uncontroverted Fact No. 19:** The HCI magazine has a centerfold photograph of Akhil's Honda with the GT Factory Hinges installed, the doors opened fully up and Daniel Greenbank's companies stickers on the side window.

**Evidence Supporting Uncontroverted Fact No. 19:**    November 27, 2007, deposition of Daniel Greenbank  page 78 line 6 page 79 line 16; attached as Exhibit

**Page 6 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

5 to Declaration of Mark S. Hubert; Exhibits 6, 7 and 8 to the November 27, 2007,
deposition transcript of Daniel Greenbank attached to Declaration of Mark S. Hubert
at Exhibits 20, 21, and 22, respectively.

**Uncontroverted Fact No. 20:**  Greenbank installed another set of GT Factory hinges
on a car for Mike Sharobiem between November 26, 2001 and April 11, 2002.

**Evidence Supporting Uncontroverted Fact No. 20:** November 27, 2007, deposition
of Daniel Greenbank page 86 line 5 to page 88 line 6; attached as Exhibit 5 to
Declaration of Mark S. Hubert; Page GTF 16  (Invoice for Mike Sharobiem) to the
November 27, 2007, deposition transcript of Daniel Greenbank; attached as Exhibit
23 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 21**:  The Streetweapons Composite hinge is the same in
design and structure as the current GT Factory hinge except the GT Factory hinge is
a mass quality version that is stronger.   It remained the same basic design and idea.

**Evidence Supporting Uncontroverted Fact No. 21:** December 21, 2007, deposition
transcript of Daniel Greenbank, Volume II; 209:7-25, attached as Exhibit 24 to
Declaration of Mark S. Hubert; November 27, 2007, deposition transcript of Daniel
Chase and Chaser Aerodynamics, LLC 42:12-43:4, attached as Exhibit 25 to
Declaration of Mark S. Hubert;

**Uncontroverted Fact No. 22:** Dan Chase worked as an intern at Streeweapon
Composites for Dan Geenbank in the fall and winter of 2001/2.

**Evidence Supporting Uncontroverted Fact No. 22**: November 27, 2007, deposition
transcript of Daniel Chase and Chaser Aerodynamics, LLC page 12 line 19 to page 13:
line 4, attached as Exhibit 25 to the Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 23**: Dan Chase saw the GT Factory hinges installed on
Akhil Narang's Honda in the Streetweapon Composite shop.

**Evidence Supporting Uncontroverted Fact No. 23**: November 27, 2007, deposition
transcript of Daniel Chase and Chaser Aerodynamics, LLC, page 23 line 11 to page

**Page 7 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN
SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY
'655 PATENT**

24 line 24; page 30 lines 2-14, attached as Exhibit 25 to Declaration of Mark S. Hubert.

**Uncontroverted Fact No. 24:** Dan chase brought car parts to Akhil Narang at a Las Vegas car show in the fall of 2001. At that time the car had GT Factory hinges fully installed.

**Evidence Supporting Uncontroverted Fact No. 24** November 27, 2007, deposition transcript of Daniel Chase and Chaser Aerodynamics, LLC, page 23 line11to page 24 line 24, attached as Exhibit 25 to Declaration of Mark S. Hubert;

**Uncontroverted Fact No. 25**: A couple of months after he began work Dan Chase saw photo exhibits GTF 7,8.and 9 of Lisa Mai's car in a photo album in Dan Greenbank's office.

**Evidence Supporting Uncontroverted Fact No. 25** : November 27, 2007, deposition transcript of Daniel Chase and Chaser Aerodynamics, LLC, page 18 line 6 to page18 line15, attached as Exhibit 25 to Declaration of Mark S. Hubert;

**Uncontroverted Fact No. 26:** During Dan Chase's 2001 internship and his 2002 internship he witnessed Dan Greenbank and/or his employees doing installations of the Lambo style hinges on customer cars.

**Evidence Supporting Uncontroverted Fact No. 26** : November 27, 2007, deposition transcript of Daniel Chase and Chaser Aerodynamics, LLC, page 30 line tp page 2 line 25, attached as Exhibit 25 to Declaration of Mark S. Hubert;

**Uncontroverted Fact No. 27:** It is well known that LAMBO style door conversion hinges have been around since about 2000.

**Evidence Supporting Uncontroverted Fact No. 27:** June 7-8, 2005 deposition transcript of Robert Baum in 03 CV 3964 in the District of New Jersey, attached as Exhibit 26 to Declaration of Mark S. Hubert;.

**Uncontroverted Fact No. 28:** Louie Cannole's depositon states both that he saw LAMBO style hinges at auto shows back in 2001 and that he also saw GT Factory

**Page 8 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

hinges (or a close approximation thereof) back in 2001 or 2002.

**Evidence Supporting Uncontroverted Fact No. 28:** June 9, 2005 deposition transcript of Louis Connole in 03 CV 3964 in the District of New Jersey, attached as Exhibit 27 to Declaration of Mark S. Hubert.

## Proposed Conclusions of Law

**Conclusion of Law No. 1:** Claim 1 of the '655 Patent is invalid as obviousness and anticipated.

**Conclusion of Law No. 2:** Claim 2 of the '655 Patent is invalid as indefinite, non-enabled and  obvious.

**Conclusion of Law No. 3:** Claim 3 of the '655 Patent is invalid as indefinite and obvious.

**Conclusion of Law No. 4:** Claim 6 of the '655 Patent is invalid as indefinite and obvious.

**Conclusion of Law No. 5:** Claim 9 of the '655 Patent is invalid as obvious and anticipated as inherent.

**Conclusion of Law No. 6:** Claim 13 of the '655 Patent is invalid as obvious and anticipated as inherent.

**Conclusion of Law No. 7:** Claim 16 of the '655 Patent is invalid as obvious and anticipated as inherent and indefinite.

**Conclusion of Law No. 8:** Claim 17 of the '655 Patent is invalid as obvious and anticipated as inherent.

Conclusion of Law No. 9: Claim 19 of the '655 Patent is invalid as obvious and anticipated as inherent.

Dated: August 26, 2010 _____/s/ Merrisa L. Coleman-Bishop_____
                        **MERRISA L. COLEMAN-BISHOP**

**Page 9 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**

1

2    State Bar No. 160046
     LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
3    e-mail: MerrisaSJC@aol.com
     2242 Camden Ave., Suite 105
4    San Jose, CA 95124
     Telephone:   408-377-1368
5    Facsimile:   408-377-1439

6    _____/s/ Roy B. Thompson_____

7    **ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
     Thompson & Bográn, P.C.
8    E-mail: roythompson@comcast.net
     15938 SW Quarry Rd., Suite B-6
9    Lake Oswego, OR 97035
     Telephone:   503-245-6600
10   Facsimile:   503-244-8399

11   _____/s/ Mark S. Hubert_____

12   **MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
     MARK S. HUBERT, P.C.
13   e-mail: MarkHubert@pacifier.com
     2300 SW First, Suite 101
14   Portland, OR 97201
     Telephone:   503-234-7711
15   Facsimile:   503-224-0092

16

17   Attorneys for The Hoffman Group, LLC et al.

18

19

20

21

22

23

24

25

26

27

28   **Page 10 - THG's STATEMENT OF MATERIAL UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY '655 PATENT**