Merrisa L. Coleman-Bishop, State Bar No. 160046
**LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
e-mail: MerrisaSJC@aol.com
350 W. Julian Street, Building #6
San Jose, CA   95110
Telephone:  (408) 294-4392
Facsimile: (408) 294-4172

Mark S. Hubert, OSB 98256, *pro hac vice*
**MARK S. HUBERT, P.C.**
MarkHubert@pacifier.com
516 SE Morrison, Suite 1200
Portland, OR 97214
Telephone:  503-234-7711
Facsimile:   503-224-0092

Roy B. Thompson, OSB 82501, *pro hac vice*
Amy M. Bogran, OSB 99005, *pro vac vice*
**THOMPSON ✦ BOGRÁN, P.C.**
e-mail: ThompsonBogran@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:  503-245-6600
Facsimile:   503-244-8399
Attorneys for The Hoffman Group LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vertical Doors, Inc., | SA CV 06-0984 JVS (Anx) |
| Plaintiff, | consolidated with |
| v. | SA CV 07-275 JVS (ANx) |
| Howitt er al., | DECLARATION OF GARY GILBERTSON IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendants. | |
| | Hearing Date:  Time: |
| | In the Courtroom of the Honorable James V. Selna (Courtroom 10C) |

**Page 1** - DECLARATION OF GARY GILBERTSON IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Gary Gilbertson, declare as follows:

1. I am the owner of Gilbertson's Machine Shop, in Portland Oregon, and have worked as a machinist for over forty (40) years.

2. In my work as a machinist I have been involved in designing, fabricating, and installing numerous aftermarket automobile parts, including automobile door hinges. My hobbies include building custom cars, many of which have gained local and national notoriety among custom car builders.

3. Although, my work often involves automotive application, I often will seek design ideas and solutions from areas outside the automotive industry.

4. I consider myself to be a person of ordinary skill in the art of automotive mechanics. Generally, I am familiar with:

   A. The type of problems encountered in the art;
   B. Prior art solutions to those problems;
   C. Rapidity with which innovations are made;
   D. Sophistication of the technology; and
   E. Educational level of active workers in the field.

5. I have been involved in the design and fabrication of numerous vehicle door hinges and specifically several lambo-style opening door hinges, including but not limited to those illustrated and described in U.S. Patent Nos. 7,007,346; 7,210,200, and 7,779,510.

6. In my opinion, having fabricated numerous vehicle door hinges, a tradesperson, such as a machinist, or an automobile customizer with substantial hands-on experience and knowledge in mechanical devices would posses the level of skill of one skilled in the art, able to design

Page 2 - DECLARATION OF GARY GILBERTSON IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THOMPSON ♦ BOGRÁN, P.C.
A PROFESSIONAL CORPORATION
15938 SW QUARRY ROAD, SUITE B-6
LAKE OSWEGO, OR 97035
503-245-6600

and fabricate a custom vehicle door hinge. General operation of hinges outside of the automotive industry would also be known.

7. I have reviewed U.S. Patent No. 7,059,655, and many of the mechanical features of the '655 hinge that are discussed as "novel" were well known mechanical solutions to common mechanical problems relating to hinge design and hinge operation.

8. In claims 2 and 13 of the '655 patent, a "sag adjustment device is coupled to at least one of the chassis mounting plate and the swingarm." The use of a "sag adjustment device" has been well known in the art for years before the year 2000 as a means to keep the door in the proper plane for operation. Generally, these may be fixed, like a welded protuberance, or adjustable like a set screw bearing against a surface. It is only obvious to use a "sag adjustment device" to keep the door of the automobile in proper alignment as to not damage the vehicle. Generally, a "sag adjustment device" is installed on what the '655 patent calls the "chassis mounting plate" of an automobile door hinge; however, it can be modified to reside on different parts of the hinge.

9. Claim 16 of the '655 patent refers to the "swingarm angle adjuster." Again, this is well known in the industry as a solution for limiting the travel of the door relative to the vehicle frame in the door's path of movement to prevent physical interference problems. "Swingarm angle adjusters" are generally just adjustable set screws.

10. In claims 3 and 6 of the '655 patent the swingarm movement is impeded by a "stopping pin." The stopping pin, as described and defined in the '655 patent is a well known solution for limiting the vertical motion of the swingarm on automobile door hinges. It would only be obvious to

Page 3 - DECLARATION OF GARY GILBERTSON IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THOMPSON ✦ BOGRÁN, P.C.
A PROFESSIONAL CORPORATION
15938 SW QUARRY ROAD, SUITE B-6
LAKE OSWEGO, OR 97035
503-245-6600

use a rigid "stopping pin" to the stop the motion (vertical or otherwise depending on the application) of the swingarm.

11. Finally, in claim 19 employs a "gas strut." The weight of vehicle doors are commonly counterbalanced with the use of mechanical devices such as springs, struts, hydraulic cylinders, and electrical actuators, when the door is heavy and must be maintained in a raised orientation.

12. I have quickly reviewed U.S. Patent Nos. 1,065,406; 4,944,552; and 5,184,422, which are directed to bi-directional hinge mechanisms. These all represent relatively simple mechanical devices which would be known or understood by one of ordinary skill in the art in designing and manufacturing custom vehicle hinges, such as the lambo-style door hinges.

13. I have personal knowledge of the foregoing and if called as a witness I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Portland, Oregon this 24th day of August, 2010.

*[signature]*
Gary Gilbertson
731 Southeast Yamhill Street
Portland, OR 97214-2373
(503) 233-6491

Page 4 - DECLARATION OF GARY GILBERTSON IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THOMPSON ✦ BOGRÁN, P.C.
A PROFESSIONAL CORPORATION
15938 SW QUARRY ROAD, SUITE B-6
LAKE OSWEGO, OR 97035
503-245-6600