**Merrisa L. Coleman-Bishop**, State Bar No. 160046
**LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA   95124
Telephone:  (408) 377-1368
Facsimile: (408) 377-1439
**Roy B. Thompson**, OSB 82501, *pro hac vice*
**THOMPSON & BOGRÁN, P.C.**
e-mail: ThompsonBogran@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399
**Mark S. Hubert**, OSB 98256, *pro hac vice*
**MARK S. HUBERT, P.C.**
MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:  503-234-7711
Facsimile:   503-224-0092
    Attorneys for The Hoffman Group LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vertical Doors, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> Howitt et al., <br><br>  Defendants. | SA  CV  06-0984 JVS (ANx) consolidated with SA CV 07-275 JVS (ANx) <br><br>**DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT (INVALIDITY OF '655 PATENT)** <br><br> Hearing (tentative) <br> Date: October 18, 2010 <br> Time: 1:30 p.m. <br><br> In the Courtroom of the Honorable James V. Selna (Courtroom 10C) |

   I, Mark S. Hubert, declare I have personal knowledge of the following facts:

1.   I am an attorney who is counsel to The Hoffman Group LLC, Opus Distributing, LLC, and Marix Distribution LLC (collectively "THG") in this

**Page  1 - DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1     action.

2. Attached hereto and incorporated herein as <u>Exhibit 1</u> is a true and correct copy of the first page of US Patent No. 6,845,547 ("the '547 Patent).

3. Attached hereto and incorporated herein as <u>Exhibit 2</u> is a true and correct copy of US Patent No. 7,059,655 ("the '655 Patent").

4. Attached hereto and incorporated herein as <u>Exhibit 3</u> is a true and correct copy of VDI's PLR 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions - page 4.

5. Attached hereto and incorporated herein as <u>Exhibit 4</u> is a true and correct copy of US Patent No. 2,374,697 ("the 697 Patent").

6. Attached hereto and incorporated herein as <u>Exhibit 5</u> is a true and correct copy of the November 27, 2007, deposition of Daniel Greenbank.

7. Attached hereto and incorporated herein as <u>Exhibit 7</u> is a true and correct copy of VDI's First Amended Complaint, Count 9, in Case No. SA CV 06-984, Declaration of Mark Hubert -Exhibit 6;.

8. Attached hereto and incorporated herein as <u>Exhibit 8</u> is a true and correct copy of VDI's PLR 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions, page 18, in Case No. SA CV 07-275.

9. Attached hereto and incorporated herein as <u>Exhibit 9</u> is a true and correct copy of Exhibit 2 to the November 27, 2007, deposition transcript of Daniel Greenbank (a copy of the Lisa Mai invoice)

10. Attached hereto and incorporated herein as <u>Exhibit 10</u> is a true and correct copy of GTF 5,7,8,19,20,21, (photographs taken during the design and building of the GT Factory hinge for Lisa Mai's car) to the November 27, 2007, deposition transcript of Daniel Greenbank.

**Page 2 - DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

A PROFESSIONAL CORPORATION
15938 SW QUARRY ROAD, SUITE B-6
LAKE OSWEGO, OR 97035
503-245-6600

11. Attached hereto and incorporated herein as <u>Exhibit 10</u> is a true and correct copy of GTF 5,7,8,19,20,21, (photographs taken during the design and building of the GT Factory hinge for Lisa Mai's car) to the November 27, 2007, deposition transcript of Daniel Greenbank;

12. Attached hereto and incorporated herein as <u>Exhibit 11</u> is a true and correct copy of Page GTF 5,7, and 8 (photographs taken during the design and building of the GT Factory hinge) to the November 27, 2007, deposition transcript of Daniel Greenbank.

13. Attached hereto and incorporated herein as <u>Exhibit 12</u> is a true and correct copy of Page GTF 9 and 10 (photographs taken during the building and installation of the GT Factory hinge and Victor's invoice) to the November 27, 2007, deposition transcript of Daniel Greenbank

14. Attached hereto and incorporated herein as <u>Exhibit 13</u> is a true and correct copy of Page GTF 9 (photograph taken during the building and installation of the GT Factory hinge and Victor's invoice) to the November 27, 2007, deposition transcript of Daniel Greenbank.

15. Attached hereto and incorporated herein as <u>Exhibit 14</u> is a true and correct copy of Exhibit 3 to the November 27, 2007, deposition transcript of Daniel Greenbank.

16. Attached hereto and incorporated herein as <u>Exhibit 15</u> is a true and correct copy of Exhibit 1, page GTF 11, 12, 14 (Akhil's invoice for the GT Factory hinges and installation photos) to the November 27, 2007, deposition transcript of Daniel Greenbank;

17. Attached hereto and incorporated herein as <u>Exhibit 16</u> is a true and correct copy of Exhibit 4 to the November 27, 2007, deposition transcript of Daniel Greenbank.

**Page 3 - DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

18. Attached hereto and incorporated herein as <u>Exhibit 17</u> is a true and correct copy of Page GTF 14 and 15 (Speed Infinity Magazine cover and HCI Magazine cover) to the November 27, 2007, deposition transcript of Daniel Greenbank,.

19. Attached hereto and incorporated herein as <u>Exhibit 18</u> is a true and correct copy of the December 21, 2007, deposition transcript of Daniel Greenbank, Volume II;

20. Attached hereto and incorporated herein as <u>Exhibit 19</u> is a true and correct copy of the Exhibit 12 (Screen prints of the website for Street Weapon Composite) to the November 27, 2007, deposition transcript of Daniel Greenbank .

21. Attached hereto and incorporated herein as <u>Exhibits 20, 21 and 22</u> are true and correct copies of the Exhibits 6, 7 and 8 to the November 27, 2007, deposition transcript of Daniel Greenbank

22. Attached hereto and incorporated herein as <u>Exhibit 23</u> is a true and correct copy of Page GTF 16 (Invoice for Mike Sharobiem) to the November 27, 2007, deposition transcript of Daniel Greenbank;

23. Attached hereto and incorporated herein as <u>Exhibit 24</u> is a true and correct copy of the December 21, 2007, deposition transcript of Daniel Greenbank, Volume II.

24. Attached hereto and incorporated herein as <u>Exhibit 25</u> is a true and correct copy of the November 27, 2007, deposition transcript of Daniel Chase and Chaser Aerodynamics, LLC.

25. Attached hereto and incorporated herein as <u>Exhibit 26</u> is a true and correct copy of the June 7-8, 2005 deposition transcript of Robert Baum in 03 CV 3964 in the District of New Jersey.

26. Attached hereto and incorporated herein as <u>Exhibit 27</u> is a true and correct

**Page  4 - DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

THOMPSON ✦ BOGRÁN, P.C.
A PROFESSIONAL CORPORATION
15938 SW QUARRY ROAD, SUITE B-6
LAKE OSWEGO, OR 97035
503-245-6600

1  copy of the deposition transcript of Louis Connole in 03 CV 3964 in the District of New Jersey.

27. Attached hereto and incorporated herein as <u>Exhibit 28</u> is a true and correct copy of US Patent No.6,086,137 ("the '137 Patent").

28. Attached hereto and incorporated herein as <u>Exhibit 29</u> is a true and correct copy of US Patent No.1,065,406 ("the '406 Patent").

29. Attached hereto and incorporated herein as <u>Exhibit 30</u> is a true and correct copy of US Patent No.5,184,422 ("the '422 Patent").

30. Attached hereto and incorporated herein as <u>Exhibit 31</u> is a true and correct copy of US Patent No. 4,944,552 ("the 552 Patent").

31. I have personal knowledge of the foregoing and if called as a witness I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Portland, Oregon this 25th day of August, 2010.

*/s/ Mark S. Hubert*
Mark S. Hubert, OSB 982561
**MARK S. HUBERT, P.C.**
MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:  503-234-7711
Facsimile:   503-224-0092

**Page  5 - DECLARATION OF MARK HUBERT IN SUPPORT OF THE HOFFMAN GROUP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**