**MERRISA L. COLEMAN-BISHOP**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA   95124
Telephone:   (408) 377-1368
Facsimile:   (408) 377-1439
**ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
THOMPSON & BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399
**MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
2300 SW First Ave., Suite 101
Portland, OR 97201
Telephone:   503-234-7711
Facsimile:   503-224-0092

Attorneys for The Hoffman Group, LLC (and Opus Distributing, LLC and Marix Distributing, LLC)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Matthew Howitt, et al.,<br><br>        Defendants. | Case No. **SA-CV-06-984 JVS (ANx)**<br>**Consolidated with:**<br>Case No. **SA-CV-07-275-JVS (ANx)**<br><br><br>**MOTION FOR RELIEF FROM LOCAL RULE 11-6** |

**Page 1 - MOTION FOR RELIEF FROM LOCAL RULE 11-6**

1

## <u>MOTION</u>

2
3
4
5
6

Defendants The Hoffman Group, et al ("THG"), move this court for relief from Local Rule 11-6, which states in pertinent part that no "memorandum of points and authorities...shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge." *L.R. 11-6, Points and Authorities - Trial Briefs - Length.*

7
8
9
10
11
12
13

THG intends to file a Motion for Partial Summary Judgment ("Motion") for a Declaration of Invalidity of Claims 1, 2, 3, 6, 9, 13, 14, 16, 17, 19, and 21 of Plaintiff Vertical Doors, Inc.'s ("VDI") U.S. Patent No. 7,059,655 ("the '655 Patent").  The Motion's memorandum of Points and Authorities, excluding indices and exhibits, will exceed the 25 page limit of L.R. 11-6, as it is 37 pages in length. Therefore, THG seeks an Order from the Court permitting THG's memorandum of Points and Authorities to exceed the 25 page limit of L.R. 11-6.

14

15   Dated: August 26, 2010                    /s/Roy B. Thompson

16                                        **ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
                                         THOMPSON & BOGRÁN, P.C.
17                                        E-mail: roythompson@comcast.net
18                                        15938 SW Quarry Rd., Suite B-6
                                         Lake Oswego, OR 97035
19                                        Telephone:   503-245-6600
                                         Facsimile:   503-244-8399
20

21
22
23
24
25
26
27
28

**Page 2 - MOTION FOR RELIEF FROM LOCAL RULE 11-6**

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served the foregoing **MOTION FOR RELIEF FROM LOCAL RULE 11-6** document described as to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below:


__x__By the Court's ECF system

_____ By mail service to their attorney(s) of record, at the following addresses, on the date set forth below.

_____ By e-mail service to their attorneys of record, at the following e-mail addresses, on the date set forth below

_____ By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below


**<u>Counsel for Plaintiff Vertical Doors, Inc.</u>**

Neal M. Cohen                          nmc@viplawgroup.com
James K. Sakaguchi                     jks@viplawgroup.com
Valerie L. Sarigumba                   vls@viplawgroup.com
Vista IP Law Group, LLP
2040 Main St., Suite 710
Irvine, CA 92614

Telephone:  949-724-1849
Facsimile:   949-625-8955

Executed: August 26, 2010          _____/s/Roy B. Thompson_____
                                   **ROY B. THOMPSON**, (*pro hac vice*)

**Page 3 - MOTION FOR RELIEF FROM LOCAL RULE 11-6**