UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 06-984 JVS (ANx)** <br> Consolidated with SACV 07-275 JVS (ANx) | Date | September 1, 2010 |
| Title | Vertical Doors Inc v. Howitt et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order setting schedule on Evidentiary Hearing for Hoffman Group's Motion to Enforce Settlement

At the conclusion of settlement conference held August 26, 2010, the Court established the following schedule.

| | |
|---|---|
| December 3, 2010, 9:00 a.m. | Evidentiary hearing on Hoffman Group, LLC's Motion to Enforce Settlement. |
| December 17, 2010, 9:00 a.m. | Back up hearing date. |
| Two weeks prior to hearing: | Hoffman Group, LLC to file direct testimony, including exhibits to be offered and any further legal authority. |
| One week prior to hearing: | Vertical Doors, Inc. to file direct testimony, including exhibits to be offered and any further legal authority. |

0 : 00

Initials of Preparer    kjt