UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 06-00984 JVS (ANx) **Consolidated with SACV 07-275 JVS (ANx)** | Date | September 10, 2010 |
| Title | Vertical Doors, Inc. v. Matthew Howitt, et al. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Julie Barrera | | Not Present |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   ORDER SETTING SCHEDULE ON MOTION FOR RECONSIDERATION

On June 28, 2010, the Court issued an order requesting supplemental briefing on Vertical Doors, Inc.'s ("VDI") pending Motion for Reconsideration. (See Docket Nos. 250, 231.). On August 5, 2010, The Hoffman Group, LLC ("THG") filed a supplemental brief addressing the merits of VDI's Motion. (Docket No. 256.)

Notwithstanding the sequencing of events established at the recent settlement conference (see Docket No. 264), the Court finds that it would be of assistance to resolve VDI's Motion for Reconsideration now.

VDI may file a reply to THG's supplemental brief by September 21, 2010. The Court will hold a hearing on the Motion for Reconisderation on October 4, 2010 at 1:30 p.m.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | jcb |