G-06 (09/10)　　　　　　　　　　　　　NOTICE OF CHANGE OF ATTORNEY INFORMATION　　　　　　　　　　　Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Vertical Doors, Inc.　　　　　　PLAINTIFF(S) | SAVC 06-0984 JVC |
| v.　　Matthew Howitt, et al.　　　　　DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, Merrisa Coleman-Bishop , 160046 , merrisasjc@aol.com
　　　 *Name*　　　　　　　　　　　*CA Bar ID Number*　　　　*E-mail Address*

am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following
party(s)

The Hoffman Group, LLC

and am requesting the following change(s):

---

**THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.**
I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

---

**SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:**

☒ **TO UPDATE NAME OR FIRM INFORMATION:**

☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED.

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address 2242 Camden Ave., Suite 105, San Jose CA 95124
New Telephone Number (408)377-1368　　New Facsimile Number (408)377-1439
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

Law Office of
Merrisa Coleman-Bishop  SB#160046
2242 Camden Ave.
Suite 105
San Jose, CA 95124
(408) 377-1368

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☐ **TO BE REMOVED FROM THE CASE**: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 09/15/2010                    /s/ Merrisa Coleman-Bishop
                                    _____
                                    Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE**: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the forgoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on 9/15/10 to the to all parties to this action as set forth below, on 9/15/10 to the attorney(s) of record, at the following address(es).

Neal M. Cohen
Vista IP Law Group
2040 Main Street
9th Floor
Irvine CA 92614

HANKIN PATENT LAW, PC
9034 W. Sunset Blvd., Suite 200
West Hollywood, CA 90069-1832

Scott W. Burt
JONES DAY
77 West Wacker
Chicago, IL 60601

MARK S. HUBERT, P.C.
516 SE Morrison, Suite 1200
Portland, OR 97214

Roy B. Thompson
THOMPSON BOGRAN, P.C.
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035

DATED: 9/15/10

_____
Merrisa L. Coleman-Bishop, SBN 160046
Law Office of Merrisa L. Coleman-Bishop
e-mail: MerrisaSJC@aol.com
2242 Camden Ave.
Suite 105
San Jose, CA 95124
Telephone: (408)377-1368
Facsimile: (408) 377-1439
Of Attorneys for The Hoffman Group, LLC (and Opus Distributing, LLC and Matrix Distributing, LLC)

Page 1 - CERTIFICATE OF SERVICE