**MERRISA L. COLEMAN-BISHOP**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA 95124
Telephone:   408-377-1368
Facsimile:   408-377-1439

**DENIED**
BY ORDER OF THE COURT

**ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
THOMPSON & BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399

**MARK S. HUBERT,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
2300 SW First Ave., Suite 101
Portland, OR 97201
Telephone:   503-234-7711
Facsimile:   503-224-0092

Attorneys for The Hoffman Group, LLC (and Opus Distributing, LLC and Marix Distributing, LLC)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation, <br><br>            Plaintiff, <br><br>            v. <br><br> Matthew Howitt, et al., <br><br>            Defendants. | **Case No. SA-CV-06-984 JVS (ANx)**<br>       **Consolidated with:**<br>**Case No. SA-CV-07-275-JVS (ANx)**<br><br>**[proposed] ORDER ON THG'S *EX PARTE* APPLICATION FOR AN ORDER REVISING SEQUENCING/SCHEDULING <u>EXPEDITED RULING REQUESTED</u>**<br>**Honorable James V. Selna** |

**Page 1 - ORDER ON *EX PARTE* APPLICATION FOR AN ORDER RE SEQUENCING**

1     Based upon The Hoffman Group, LLC's ("THG") *Ex Parte* Application for an Order Revising the Sequencing/Scheduling of upcoming hearings, and it appearing to the Court that good cause to grant the Application exists, it is now therefore ORDERED that the hearing set for October 4, 2010 at at 1:30 p.m. will address THG's Motion to Enforce Settlement, instead of VDI's Motion for Reconsideration. Depending on the outcome of the Motion to Enforce Settlement, a hearing might or might not be necessary on VDI's Motion for Reconsideration, but if one is necessary it will be held on December 3, 2010 at 9:00 a.m.

**DENIED**
BY ORDER OF THE COURT

Dated: September 27, 2010       _____
                                                            The Honorable James V. Selna
                                                            United States District Judge

Submitted by
**ROY B. THOMPSON**, OSB 82501 (*pro hac vice*)
THOMPSON & BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:  503-245-6600
Cellphone:  503-381-9945
Facsimile:  503-244-8399

**Page 2 - ORDER ON *EX PARTE* APPLICATION FOR AN ORDER RE SEQUENCING**

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served the foregoing document described as **PROPOSED ORDER ON THG'S *EX PARTE* APPLICATION FOR AN ORDER REVISING SCHEDULING/SEQUENCING** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below:

__x__       By the Court's ECF system

____       By mail service to their attorney(s) of record, at the following addresses, on the date set forth below.

____       By e-mail service to their attorneys of record, at the following e-mail addresses, on the date set forth below

____       By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below

**Counsel for Plaintiff Vertical Doors, Inc.**

| | |
|---|---|
| Neal M. Cohen | nmc@viplawgroup.com |
| James K. Sakaguchi | jks@viplawgroup.com |
| Valerie L. Sarigumba | vls@viplawgroup.com |

Vista IP Law Group, LLP
2040 Main St., Suite 710
Irvine, CA 92614

Telephone:   949-724-1849
Facsimile:    949-625-8955

Executed: September 23, 2010       _____/s/ Roy B. Thompson_____
                                                   Roy B. Thompson, OSB 82502, *pro hac vice*
                                                   Of Attorneys for The Hoffman Group, LLC