MERRISA L. COLEMAN-BISHOP, State Bar No. 160046
**LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA 95124
Telephone: 408-377-1368
Facsimile: 408-377-1439
ROY B. THOMPSON, OSB 82501 (*pro hac vice*)
**THOMPSON & BOGRÁN, P.C.**
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone: 503-245-6600
Facsimile: 503-244-8399
MARK S. HUBERT, OSB 98256 (*pro hac vice*)
**MARK S. HUBERT, P.C.**
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone: 503-234-7711
Facsimile: 503-224-0092
       Attorneys for The Hoffman Group, LLC

**DENIED** BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>Matthew Howitt, et al.,<br>       Defendants. | Case No. SA-CV-06-984 JVS (ANx)<br>      consolidated with:<br>Case No. SA-CV-07-275-JVS (ANx)<br>**ORDER RE VDI'S MOTION FOR RECONSIDERATION; VDI'S ALTERNATIVE MOTION FOR ORDER CERTIFYING POTENTIAL INTERLOCUTORY APPEAL**<br>**Hearing held: October 4, 2010**<br>**Honorable James V. Selna** |

       Vertical Doors, Inc.'s ("VDI") Motion for Reconsideration of Order finding

**Page 1 - ORDER ON VDI'S MOTION FOR RECONSIDERATION OF ORDER FINDING CLAIMS 8-10 OF '547 PATENT INVALID; VDI'S ALTERNATIVE MOTION FOR ORDER CERTIFYING POTENTIAL INTERLOCUTORY APPEAL**

Claims 8-10 of the '547 Patent Invalid (Dkt. 182), Or Alternatively for an Order Granting VDI Permission to File an Interlocutory Appeal under 28 USC §1292(b) [or for Order certifying the matter as being ripe for a potential interlocutory appeal], having been heard before The Honorable James V. Selna on October 4, 2010, attorneys of record for the parties having been present, the Court having considered the moving papers, opposing papers, reply papers, oral argument, and all other matters presented;

**IT IS HEREBY ORDERED THAT:**

☐ VDI's Motion for Reconsideration is DENIED. The portion of this Court's Order (Dkt. 182) invalidating claims 8-10 of U.S. Patent No. 6,845,547 ("the '547 Patent") is UPHELD and stands based on the considerations raised at oral argument and in this Court's Minute Order on the subject. No other portion of the Order (Dkt. 182) is affected.

☐ VDI's Motion for Reconsideration is GRANTED, and the portion of this Court's Order (Dkt. 182) invalidating claims 8-10 of the '547 Patent is hereby VACATED. No other portion of the Order (Dkt. 182) is affected. This Court finds that a controlling question of law exists as to which there is substantial ground for difference of opinion, namely, whether a patent claim may be found valid where it fails to recite structural relationships of essential elements, and the applicant stated elsewhere than in the patent claims that the structural relationships were present (i.e. where the patent claims do not reflect what the applicant regards as his invention) for the purposes of 35 USC §112 second paragraph. The Court further finds that an immediate appeal from this Court's current Order vacating the Court's previous Order (Dkt. 182) as to the invalidity of claims 8-10 of the '547 Patent may materially

**Page 2 - ORDER ON VDI'S MOTION FOR RECONSIDERATION OF ORDER FINDING CLAIMS 8-10 OF '547 PATENT INVALID; VDI'S ALTERNATIVE MOTION FOR ORDER CERTIFYING POTENTIAL INTERLOCUTORY APPEAL**

advance the ultimate termination of the litigation. Upon timely application for an interlocutory appeal pursuant to this Order and 28 USC §1292, this action shall be stayed pending the outcome of the appeal, if any is granted. Any party may file a motion to lift the stay for good cause.

**IT IS SO ORDERED**

**DENIED**
BY ORDER OF THE COURT

Dated: October 7, 2010   _____
Honorable James V. Selna
United States District Judge

**The Court denies the request for a § 1292 certification, and has entered its own order of the merits of the motion.  JV S 10-16-10**

Respectfully submitted by:
　　/s/ Roy B. Thompson
Of Attorneys for The Hoffman Group, LLC

**Page 3 - ORDER ON VDI'S MOTION FOR RECONSIDERATION OF ORDER FINDING CLAIMS 8-10 OF '547 PATENT INVALID; VDI'S ALTERNATIVE MOTION FOR ORDER CERTIFYING POTENTIAL INTERLOCUTORY APPEAL**