**Merrisa L. Coleman-Bishop**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA   95124
Telephone:  408-377-1368
Facsimile:   408-377-1439
**Roy B. Thompson**, OSB 82501 (*pro hac vice*)
THOMPSON BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:  503-245-6600
Cellphone:   503-381-9945
Facsimile:   503-244-8399
**Mark S. Hubert,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:  503-234-7711
Facsimile:   503-224-0092
      Attorneys for The Hoffman Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Howitt, et al.,<br><br>Defendants. | Case No. SA-CV-06-984 JVS (ANx)<br>Consolidated with:<br>Case No. SA-CV-07-275-JVS (ANx)<br>**DEFENDANT THE HOFFMAN GROUP, LLC'S NOTICE AND (SECOND) MOTION FOR PARTIAL SUMMARY JUDGMENT - INVALIDITY OF CLAIMS 8-10 OF '547 PATENT**<br>Honorable James V. Selna, Ctrm. 10C<br>January 24, 2011 - 1:30 p.m. |

**Page 1 - THG'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT - INVALIDITY OF CLAIMS 8-10 OF '547 PATENT AND NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL: PLEASE TAKE NOTICE that on January 24, 2011, at 1:30 p.m., or as soon thereafter as determined by the Court, at the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, in the Courtroom of the Honorable James V. Selna, The Hoffman Group, LLC ("THG") will and hereby does move for partial summary judgment for a Declaration of Invalidity of Claims 8 through 10 of Plaintiff Vertical Doors, Inc.'s ("VDI") U.S. Patent No. 6,845,547 ("the '547 Patent")

The motion is and will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Roy B. Thompson with Exhibits, the accompanying Separate Statement of Uncontroverted Material Facts, all pleadings and papers filed in this matter, oral argument, and any other matters properly presented to the Court.

This motion is made following multiple conferences of counsel over the issues raised by the motion, pursuant to Local Rule 7-3, which took place numerous times beginning October 2010 and continuing to November 26, 2010.

Dated: November 30, 2010        /s/ Merrisa L. Coleman-Bishop
                                Merrisa L. Coleman-Bishop
                                State Bar No. 160046
                                **LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
                                e-mail: MerrisaSJC@aol.com
                                2242 Camden Ave., Suite
                                San Jose, CA   95124
                                Telephone:  408-377-1368
                                Facsimile:   408-377-1439

[additional counsel next page]

**Page 2 - THG'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT - INVALIDITY OF CLAIMS 8-10 OF '547 PATENT AND NOTICE OF MOTION**

/s/ Roy B. Thompson
Roy B. Thompson, OSB 82501 (*pro hac vice*)
**THOMPSON BOGRÁN, P.C.**
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone: 503-245-6600
Facsimile: 503-244-8399

/s/ Mark S. Hubert
Mark S. Hubert, OSB 98256 (*pro hac vice*)
**MARK S. HUBERT, P.C.**
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone: 503-234-7711
Facsimile: 503-224-0092

Attorneys for The Hoffman Group, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **THG's NOTICE AND SECOND MOTION FOR SUMMARY JUDGMENT - INVALIDITY OF '547 PATENT** on:

Neal M. Cohen       e-mail: nmc@viplawgroup.com
**VISTA IP LAW GROUP LLP**
2040 Main Street, Suite 710
Irvine, California 92614     Telephone: (949) 724-1849
    **Facsimile: (949) 625-8955**
Attorney for Vertical Doors, Inc.

via the Court's CM/ECF system.

DATED: December 1, 2010    **THOMPSON BOGRÁN, P.C.**

       /s/ Roy B. Thompson
       Roy B. Thompson (*pro hac vice*)
       15938 SW Quarry Rd., Suite B-6
       Lake Oswego, OR 97035
       Telephone: 503-245-6600
       Facsimile: 503-244-8399
       E-mail: RoyThompson@comcast.net

Of Attorneys for The Hoffman Group, LLC