Merrisa L. Coleman-Bishop, State Bar No. 160046
**LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA   95124
Telephone: (408) 377-1368
Facsimile: (408) 377-1439
Roy B. Thompson, OSB 82501, *pro hac vice*
**THOMPSON BOGRÁN, P.C.**
e-mail: ThompsonBogran@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:  503-245-6600
Facsimile:   503-244-8399
Mark S. Hubert, OSB 98256, *pro hac vice*
**MARK S. HUBERT, P.C.**
MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:  503-234-7711
Facsimile:   503-224-0092
        Attorneys for The Hoffman Group LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vertical Doors, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>Howitt et al.,<br><br>  Defendants. | SA CV 06-0984 JVS (ANx)<br>consolidated with<br>SA CV 07-275 JVS (ANx)<br><br>**DECLARATION OF ROY B. THOMPSON IN SUPPORT OF THE HOFFMAN GROUP'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT (INVALIDITY OF '547 PATENT)**<br><br><u>Hearing</u><br>Date: January 24, 2011<br>Time: 1:30 p.m.<br>In the Courtroom of the Honorable James V. Selna (Courtroom 10C) |

I, Roy B. Thompson, declare I have personal knowledge of the following facts:

1.  I am an attorney who is counsel to The Hoffman Group LLC, Opus Distributing, LLC, and Marix Distribution LLC (collectively "THG") in this action.

2.  Filed herewith as <u>Exhibit A</u> is a true and correct copy of the abbreviated

version of U.S. Patent No. 6,845.547 ("the '547 Patent") obtained from the United States Patent and Trademark website uspto.gov, filed by Demetrius Ham.

3.  Filed herewith as <u>Exhibit B</u> is a true and correct copy of the United States Patent and Trademark Office communication to Craig W. Barber, attorney for Demetrius Ham, listing reasons for rejections of the patent application. "Claims 1-11 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as his invention. ... Claims 1 and 10 are incomplete for omitting essential structural cooperative relationships of elements, such omission amounting to a gap between the necessary structural connections."

4.  Filed herewith as <u>Exhibit C</u> is a true and correct copy of the abbreviated version of the initial application for what eventually became the '547 Patent, obtained from the United States Patent and Trademark website uspto.gov, showing that the original claim 11 was dependent on original claim 1.

5.  Filed herewith as <u>Exhibit D</u> is a true and correct copy of communication from Craig W. Barber to the United States Patent and Trademark Office stating, "In accordance with the examiner's suggestion, the applicant has rewritten the claims so as to include the structural relationships of claims 4, 7, 8, 9 and 11. In detail, the limitations of original claim 4 have been largely incorporated into claim 1. The limitations of original claim 1 have been incorporated into amended claim 8, which is not independent." Because the applicant withdrew certain of the claims that had been in the original application, what was originally claim 11 became amended claim 8.

6.  Filed herewith as <u>Exhibit E</u> is a true and correct copy of the docket sheet for U.S. District Court for the District of New Jersey, Case No. 2:03-cv-03964-WJM-RHJ, which was the action by DeCaH, LLC against VDI among others.

7.  Filed herewith as <u>Exhibit F</u> is a true and correct copy of excepts of the

Page 2 - DECLARATION OF ROY B. THOMPSON IN SUPPORT OF THE HOFFMAN GROUP'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT - INVALIDITY OF '547 PATENT

1  deposition of Robert Alan Baum (VDI's President) taken June 8, 2005.

2  8.  Filed herewith as <u>Exhibit G</u> is a true and correct copy of an excerpt of the
3  deposition of Robert Alan Baum taken June 7, 2005.

4  9.  Filed herewith as <u>Exhibit 9</u> is a true and correct copy of the abbreviated version
5  of U.S. Patent No. 7,140,075 obtained from the U.S. Patent and Trademark Office
6  website uspto.gov.

7  I declare under penalty of perjury that the foregoing is true and correct to the
8  best of my knowledge and ability.

10  Executed at Portland, Oregon on November 30, 2010.

        Roy B. Thompson

Page 3 - DECLARATION OF ROY B. THOMPSON IN SUPPORT OF THE HOFFMAN GROUP'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT - INVALIDITY OF '547 PATENT