# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **SACV 06-984 JVS (ANx)**<br>Consolidated with SACV 07-275 JVS (ANx) | Date  December 17, 2010 |
| Title | Vertical Doors Inc v. Howitt et al. | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order Vacating Evidentiary Hearing for Hoffman Group's Motion to Enforce Settlement and Setting Telephone Status Conference

    The Court, at the request of counsel, hereby VACATES the Evidentiary Hearing referenced above and SETS a Telephonic Status Conference for Tuesday, January 4, 2011 at 10:00 a.m.

 

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | kjt | |