1

2  NEAL M. COHEN (SBN 184978)
       nmc@viplawgroup.com
3  JAMES K. SAKAGUCHI (SBN 181010)
       jks@viplawgroup.com
4  VALERIE L. SARIGUMBA (SBN 243713)
       vls@viplawgroup.com
5  Vista IP Law Group LLP
   2040 Main Street, Suite 710
6  Irvine, California 92614
   Tel: (949) 724-1849
7  Fax: (949) 625-8955

8  Attorneys for Plaintiff
       Vertical Doors, Inc.

9
                    **UNITED STATES DISTRICT COURT**
10                   **CENTRAL DISTRICT OF CALIFORNIA**

11  Vertical Doors, Inc.,          )   SA CV 06-0984 JVS (ANx)
                                    )
12              Plaintiff,          )         consolidated with
                                    )
13              v.                  )   SA CV 07-275 JVS (ANx)
                                    )
    Howitt et al.,                  )
14                                  )   **VDI'S STATEMENT OF GENUINE**
                Defendants.         )   **DISPUTES RE: THG'S (SECOND) MOTION**
15                                  )   **FOR PARTIAL SUMMARY JUDGMENT OF**
                                    )   **INVALIDITY OF CLAIMS 8-10 OF THE**
16                                  )   **'547 PATENT**
                                    )
17                                  )
                                    )   January 24, 2011
18                                  )   1:30 p.m.
    _____)   Honorable James V. Selna
19

20         Pursuant to L.R. 56-2, Vertical Doors, Inc. ("VDI") submits

21  the following Statement of Genuine Disputes, in which the

22  paragraph numbers below correspond to the fact numbers used by

23  The Hoffman Group LLC ("THG") in THG's Statement of

24  Uncontroverted Facts [D.E. 276-2] (hereafter "THG's SUF").

25         The Declaration of Neal M. Cohen filed herewith in Support

26  of VDI's Opposition is referred to herein as *Decl. NMCohen*.   The

27

28

                                - 1 -

Declaration of Roy B. Thompson filed in Support of THG's Motion [D.E. 276-3] is referred to herein as *Decl. RBThompson*.

*****

1.  SUF 1 is uncontroverted.

2.  THG's SUF 2 is incorrect for several reasons. Although the errors appear to be immaterial, VDI nonetheless points them out here. First, the phrase "The initial patent application was rejected..." is incorrect, because in the Office action referred to, Claims 12-17 were withdrawn and only Claims 1-11 were rejected. (*Decl. RBThompson*, Exh. B, p 2). Next, the Office action was mailed January 20, 2004, not November 20, 2002 as stated by THG. (*Decl. RBThompson*, Exh. B, p 1). THG also slightly misquotes the Examiner.

3.  THG's SUF 3 is uncontroverted.

4.  THG's SUF 4 is uncontroverted.

5.  THG's SUF 5 is uncontroverted, except VDI notes not all claims were amended, and THG added underlining to the quote without stating so. (*Decl. RBThompson*, Exh. B).

6.  As stated in THG's SUF 6, the applicant did amend application Claim 11 to include the limitations of Claim 1, and application Claim 11 did issue as Claim 8 of the '547 Patent. Those portions of SUF 6 are uncontroverted. As set forth in VDI's Opposition, this does not support THG's underlying motion.

Nonetheless, VDI objects to THG's SUF 6 as being misleading, incomplete, and argumentative.

For example, THG **argues** in SUF 6 that original Claim 1 did not depict any structural relationships, and that amended Claim 11 (issued Claim 8) did not recite structural relationships between the essential parts. VDI disagrees with THG's argument, and in fact similar arguments were rejected by this Court in a separate motion brought by a separate defendant (UPC) in a related case (SA CV 05-905 JVS (ANx), for which this Court issued an Order rejecting UPC's invalidity arguments. (*Decl. NMCohen*, Exh. 2 [D.E. 203 from SA CV 05-905 JVS (ANx), see pages 7-9]). But even if application Claim 11 (issued Claim 8) omits recitation of a structural relationship between certain elements, such omission does not render the claim indefinite. This issue has already been extensively argued as part of VDI's Motion for Reconsideration Re: Claims 8-10 of the '547 Patent. (*Decl. NMCohen*, Exh. 3, D.E. 274, Order Granting VDI's Motion For Reconsideration).

Also, *Decl. RBThompson*, paragraph 5, refers to Exh. D as a "true and correct copy of a communication from Craig W. Barber to the United States Patent and Trademark Office." But that is not correct. Exh. D is missing pages 6-8 of the applicant's response, and is missing the first page of the amended claims submitted as part of Applicant's response. These appear to be

inadvertent errors.   The entire response is attached as Exh. 1 to the *Decl. NMCohen*.

7.   SUF 7 is uncontroverted.

8.   SUF 8 is uncontroverted as to the quotes from the deposition, except VDI notes the quotes in SUF 8 include "..." to omit large portions of testimony.

9.   SUF 9 is uncontroverted.

10.   SUF 10 is uncontroverted as to the beginning portion of Claim 1 of U.S. Patent No. 7,140,075 being correctly cited by THG.   But VDI objects to SUF 10 to the extent SUF 10 purports to state a fact as to the state of mind of Demetrius Ham.   There is no evidence to support such "fact."

January 3, 2011          /s/ Neal M. Cohen
DATED                    Vista IP Law Group
                         By: Neal M. Cohen
                         Attorneys for Vertical Doors, Inc.

- 4 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date set forth below, I served the foregoing document described as **VDI'S STATEMENT OF GENUINE DISPUTES RE: THG'S (SECOND) MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 8-10 OF THE '547 PATENT T** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒  By the Court's ECF system

☐  By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐  By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐  By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for The Hoffman Group Defendants**

```
Roy B. Thompson                        TEL: (503) 245-6600
Amy Bogran                             FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035
E-mail: thompsonbogran@comcast.net
E-Mail: roythompson@comcast.net
E-mail: amymbogran@comcast.net

Mark S. Hubert                         TEL: (503) 234-7711
516 SE Morrison, Suite 1200            FAX: (503) 224-0092
Portland, OR  97214
E-mail: MarkHubert@pacifier.com

Merissa Coleman (merrisasjc@aol.com)   TEL (408) 377-1368
Law Office of Merissa L. Coleman       FAX (408) 377-1439
2242 Camden Ave., Suite 105
San Jose, California  95124
```

Executed <u>January 3, 2011</u>, Irvine, California.

       <u>/s/ Neal M. Cohen</u>
       Neal M. Cohen