NEAL M. COHEN (SBN 184978)
    nmc@viplawgroup.com
JAMES K. SAKAGUCHI (SBN 181010)
    jks@viplawgroup.com
VALERIE L. SARIGUMBA (SBN 243713)
    vls@viplawgroup.com
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Plaintiff
    Vertical Doors, Inc.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vertical Doors, Inc., | SA CV 06-0984 JVS (ANx) |
| Plaintiff, | consolidated with |
| v. | SA CV 07-275 JVS (ANx) |
| Howitt et al., | |
| Defendants. | **DECLARATION OF NEAL M. COHEN IN SUPPORT OF VDI'S OPPOSITION TO THG'S (SECOND) MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 8-10 OF THE '547 PATENT** |
| | January 24, 2011 |
| | 1:30 p.m. |
| | Honorable James V. Selna |

I, Neal M. Cohen, am lead trial counsel for Vertical Doors, Inc. ("VDI") in the above-captioned action, and have personal knowledge of the following facts.

1.   Attached hereto as Exhibit 1 is a true and correct copy of documents I downloaded from the USPTO's PAIR system under U.S. Patent No. 6,845,547.  These papers were all the papers listed having a mail room date of "03-29-2004."

- 1 -

1

2          2.    Attached hereto as Exhibit 2 is a true and correct

3     copy of D.E. 203 in Case No. SA CV 05-905 JVS (ANx).

4          3.    Attached hereto as Exhibit 3 is a true and correct

5     copy of D.E. 274 in the present action.

6                              * * * * *

7          I declare under penalty of perjury that the foregoing is

8     true and correct.

9

10    January 3, 2011          /s/ Neal M. Cohen
      DATED                    Neal M. Cohen
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **DECLARATION OF NEAL M. COHEN IN SUPPORT OF VDI'S OPPOSITION TO THG'S (SECOND) MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 8-10 OF THE '547 PATENT** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒   By the Court's ECF system

☐   By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐   By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐   By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for The Hoffman Group Defendants**

Roy B. Thompson                                    TEL: (503) 245-6600
Amy Bogran                                         FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035
E-mail: thompsonbogran@comcast.net
E-Mail: roythompson@comcast.net
E-mail: amymbogran@comcast.net

Mark S. Hubert                                     TEL: (503) 234-7711
516 SE Morrison, Suite 1200                        FAX: (503) 224-0092
Portland, OR  97214
E-mail: MarkHubert@pacifier.com

Merissa Coleman (merrisasjc@aol.com)               TEL (408) 377-1368
Law Office of Merissa L. Coleman                   FAX (408) 377-1439
2242 Camden Ave., Suite 105
San Jose, California  95124

Executed January 3, 2011, Irvine, California.

                                    /s/ Neal M. Cohen
                                    Neal M. Cohen