# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 06-00984-JVS (ANx) |
| Date | January 6, 2011 |
| Title | Vertical Doors Inc. v. Howitt, et al. |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Vacating Hearing on Defendant's Motion for Partial Summary Judgment as to Invalidity of claims 8-10 of '547 Patent (Fld 12-1-10)

     The Court, on its own motion, hereby vacates the hearing on the above referenced motion pending completion of the evidentiary hearing regarding settlement issue set for hearing on January 20, 2011.

     The summary judgment motions pending at docket numbers 213, 248, 260 and 276 shall be reset, if necessary, after the evidentiary hearing on January 20, 2011.

0 : 00

Initials of Preparer   kjt