**Merrisa L. Coleman-Bishop**, State Bar No. 160046
LAW OFFICE OF MERRISA L. COLEMAN-BISHOP
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite 105
San Jose, CA   95124
Telephone:   408-377-1368
Facsimile:   408-377-1439

**Roy B. Thompson**, OSB 82501 (*pro hac vice*)
THOMPSON BOGRÁN, P.C.
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Cellphone:   503-381-9945
Facsimile:   503-244-8399

**Mark S. Hubert,** OSB 98256 (*pro hac vice*)
MARK S. HUBERT, P.C.
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:   503-234-7711
Facsimile:   503-224-0092

        Attorneys for The Hoffman Group, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

| | |
|---|---|
| Vertical Doors, Inc., a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>Matthew Howitt, et al.,<br><br>            Defendants. | Case No. SA-CV-06-984 JVS (ANx)<br>     Consolidated with:<br>Case No. SA-CV-07-275-JVS (ANx)<br>**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE (Dkt. 286)**<br>Honorable James V. Selna, Ctrm. 10C (formerly set for March 7, 2011 - 1:30 p.m.) |

        TO ALL PARTIES AND THEIR COUNSEL: PLEASE TAKE NOTICE that The Hoffman Group, LLC ("THG") hereby gives Notice of WITHDRAWAL of the

**Page 1 - THG'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE (Dkt. 286)**

Motion to Strike filed January 14, 2011 (Dkt. 286).

     The reason for the Withdrawal of the Motion is that FRCivP 56 was amended yet again on December 1, 2010 (but THG's counsel did not receive its updated copy of the Federal Rules of Civil Procedure containing the amendment until after the Motion to Strike had been filed).

Dated: January 20, 2011

    Merrisa L. Coleman-Bishop
State Bar No. 160046
**LAW OFFICE OF MERRISA L. COLEMAN-BISHOP**
e-mail: MerrisaSJC@aol.com
2242 Camden Ave., Suite
San Jose, CA   95124
Telephone:   408-377-1368
Facsimile:   408-377-1439

     /s/ Roy B. Thompson
Roy B. Thompson, OSB 82501 (*pro hac vice*)
**THOMPSON BOGRÁN, P.C.**
E-mail: roythompson@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399

Mark S. Hubert, OSB 98256 (*pro hac vice*)
**MARK S. HUBERT, P.C.**
e-mail: MarkHubert@pacifier.com
2300 SW First, Suite 101
Portland, OR 97201
Telephone:   503-234-7711
Facsimile:   503-224-0092

Attorneys for The Hoffman Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **THG's NOTICE OF WITHDRAWAL OF MOTION TO STRIKE (Dkt. 286)** on:

Neal M. Cohen      e-mail: nmc@viplawgroup.com
**VISTA IP LAW GROUP LLP**
2040 Main Street, Suite 710
Irvine, California 92614      Telephone: (949) 724-1849
     **Facsimile: (949) 625-8955**
     Attorney for Vertical Doors, Inc.

via the Court's CM/ECF system.

DATED: January 20, 2011      **THOMPSON BOGRÁN, P.C.**

     /s/ Roy B. Thompson
     Roy B. Thompson (*pro hac vice*)
     15938 SW Quarry Rd., Suite B-6
     Lake Oswego, OR 97035
     Telephone: 503-245-6600
     Facsimile: 503-244-8399
     E-mail: RoyThompson@comcast.net

     Of Attorneys for The Hoffman Group, LLC