NEAL M. COHEN (SBN 184978)
VALERIE L. SARIGUMBA (SBN 243713)
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for
    Vertical Doors, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vertical Doors, Inc., <br> v. <br> Howitt et al., <br> ***** <br> Opus et al. <br> v. <br> Vertical Doors, Inc. <br> ***** <br> Morrow et al. <br> v. <br> Vertical Doors, Inc. | SA CV 06-0984 JVS (ANx) <br> consolidated with <br> SA CV 07-275 JVS (ANx) <br> and <br> ED CV 09-4685 JVS (ANx) <br><br> **NOTICE OF LODGING PROPSOED ORDER [STIPULATED INJUNCTION]** <br><br> Honorable James V. Selna |

   PLEASE TAKE NOTICE that Vertical Doors, Inc. ("VDI") has lodged a Proposed Order in this matter, specifically **"STIPULATED INJUNCTION AS TO THE HOFFMAN GROUP LLC, MARIX DISTRIBUTING LLC, AND OPUS DISTRIBUTING LLC."** A copy of the Proposed Order is attached hereto.

February 7, 2011         /nmcohen/
DATED                    Vista IP Law Group
                         By: Neal M. Cohen
                         Attorneys for Vertical Doors, Inc.

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing document described as **NOTICE OF LODGING PROPSOED ORDER [STIPULATED INJUNCTION]** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒ By the Court's ECF system

☐ By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐ By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐ By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for The Hoffman Group Defendants**

Roy B. Thompson                                      TEL: (503) 245-6600
Amy Bogran                                           FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035
E-mail: thompsonbogran@comcast.net
E-Mail: roythompson@comcast.net
E-mail: amymbogran@comcast.net

Mark S. Hubert                                       TEL: (503) 234-7711
516 SE Morrison, Suite 1200                          FAX: (503) 224-0092
Portland, OR  97214
E-mail: MarkHubert@pacifier.com

Merrisa Coleman                                      TEL (408) 377-1368
Law Office of Merrisa L. Coleman                     FAX (408) 377-1439
2242 Camden Ave Ste 105
San Jose, CA 95124
E-mail: merrisasjc@aol.com

Executed February 7, 2011, Irvine, California.

/nmcohen/
Neal M. Cohen

-2-