NEAL M. COHEN (SBN 184978)
VALERIE L. SARIGUMBA (SBN 243713)
Vista IP Law Group LLP                    JS-6
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for
    Vertical Doors, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vertical Doors, Inc., | ) **SA CV 06-0984 JVS (ANx)*** |
| v. | ) |
| Howitt et al., | ) consolidated with |
| ***** | ) SA CV 07-275 JVS (ANx) |
| Opus et al. | ) and |
| v. | ) ED CV 09-4685 JVS (ANx) |
| Vertical Doors, Inc. | ) **STIPULATED INJUNCTION AS TO THE** |
| ***** | ) **HOFFMAN GROUP LLC, MARIX** |
| Morrow et al. | ) **DISTRIBUTING LLC, AND OPUS** |
| v. | ) **DISTRIBUTING LLC** |
| Vertical Doors, Inc. | ) Honorable James V. Selna |

It appearing that Vertical Doors, Inc. ("VDI") on the one

hand, and The Hoffman Group LLC, Marix Distributing LLC, and

Opus Distributing LLC (collectively "the THG Parties") on the

other hand, have stipulated to entry of the following Order, IT

IS HEREBY ORDERED AS FOLLOWS:

1.   The THG Parties are enjoined from offering to sell,

selling, importing, using, manufacturing, or advertising,

any bolt-on car door hinge with a vertical component,

including the Wave hinge.

- 1 -

2.   The THG Parties are enjoined from offering to sell, selling, importing, using, manufacturing, or advertising, any weld-on car door hinge with a vertical component, including the Wave hinge.  An example of such hinge having a vertical component is attached hereto as Exhibit 1.

3.   This Injunction does not apply to suicide doors and gull-wing doors.

4.   This injunction shall bind all officers, directors, affiliates, and subsidiaries of the THG Parties, and any person or entity acting in concert with the THG Parties.

5.   The court retains jurisdiction over the parties to enforce this Injunction.

6.   No bond shall be required by VDI in connection with this Injunction.

7.   This Injunction shall automatically terminate upon the earlier of: a) expiration of the last to expire of United States Patent Nos. 6,845,547, 7,059,655, 7,140,075, 6,808,223, or any other United States patents claiming priority to any of the aforementioned patents (collectively "VDI Patents"); or b) the

date all claims of all non-expired VDI Patents are adjudged to be invalid, and all appeals are exhausted.

**SO STIPULATED**

*****

Respectfully submitted,

February 7, 2011          /s/ Neal M. Cohen
DATED                     Vista IP Law Group
                          By: Neal M. Cohen, Attorneys for VDI


February 7, 2011          /s/ Mark Hubert
DATED                     Mark Hubert
                          Attorney for THG Parties


**IT IS SO ORDERED**

Dated: February 08, 2011   By: _____
                               Hon. James V. Selna
                               United States District Judge

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **STIPULATED INJUNCTION AS TO THE HOFFMAN GROUP LLC, MARIX DISTRIBUTING LLC, AND OPUS DISTRIBUTING LLC** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒   By the Court's ECF system

☐   By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

**Counsel for The Hoffman Group Parties**
Roy B. Thompson (roythompson@comcast.net)   TEL: (503) 245-6600
Amy Bogran (amymbogran@comcast.net)   FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035

Mark S. Hubert (MarkHubert@pacifier.com)   TEL: (503) 234-7711
516 SE Morrison, Suite 1200   FAX: (503) 224-0092
Portland, OR  97214

Merrisa Coleman-Bishop (merrisasjc@aol.com)   TEL (408) 377-1368
Law Office of Merrisa L. Coleman-Bishop   FAX (408) 377-1439
2242 Camden Avenue, Suite 105
San Jose, California  95124

Executed February 7, 2011, Irvine, California.

                    /s/ Neal M. Cohen
                    Neal M. Cohen