NEAL M. COHEN (SBN 184978)
JAMES K. SAKAGUCHI (SBN 181010)
VALERIE L. SARIGUMBA (SBN 243713)
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for
     Vertical Doors, Inc.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vertical Doors, Inc., | SA CV 06-0984 JVS (ANx) |
| v. | consolidated with |
| Howitt et al., | SA CV 07-275 JVS (ANx) |
| ***** | and |
| Opus et al. | ED CV 09-4685 JVS (ANx) |
| v. | **STIPULATED DISMISSAL BETWEEN** |
| Vertical Doors, Inc. | **VERTICAL DOORS, INC., THE HOFFMAN** |
| ***** | **GROUP, LLC., MARIX DISTRIBUTING** |
| Morrow et al. | **LLC, and OPUS DISTRIBUTING LLC** |
| v. | |
| Vertical Doors, Inc. | Honorable James V. Selna |

Vertical Doors, Inc. hereby dismisses all causes of action in the above-captioned consolidated actions (the "Action") against The Hoffman Group, LLC, Marix Distributing, LLC, and Opus Distributing, LLC, with prejudice, and with the consent of said parties.

The Hoffman Group, LLC, Marix Distributing, LLC, and Opus Distributing, LLC, hereby dismiss all causes of action in the Action against Vertical Doors, Inc., with prejudice, and with the consent of Vertical Doors, Inc.

1

1     Nothing in this pleading shall affect any other parties in

2   the Action.

3                                Respectfully submitted,

4   Dated: February 9, 2011        /s/ Neal M. Cohen
                                   Neal M. Cohen
5                                  Vista IP Law Group LLP
                                   Attorneys for
6                                       Vertical Doors, Inc.

7

8   Dated: February 9, 2011        /s/ Mark Hubert
                                   Mark Hubert
9                                  Attorneys for
                                        The Hoffman Group, LLC
10                                       Marix Distributing, LLC
                                        Opus Distributing, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **STIPULATED DISMISSAL BETWEEN VERTICAL DOORS, INC., THE HOFFMAN GROUP, LLC., MARIX DISTRIBUTING LLC, and OPUS DISTRIBUTING LLC** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒   By the Court's ECF system

☐   By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

**Counsel for The Hoffman Group Parties**
Roy B. Thompson (roythompson@comcast.net)   TEL: (503) 245-6600
Amy Bogran (amymbogran@comcast.net)   FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035

Mark S. Hubert (MarkHubert@pacifier.com)   TEL: (503) 234-7711
516 SE Morrison, Suite 1200   FAX: (503) 224-0092
Portland, OR  97214

Merrisa Coleman-Bishop (merrisasjc@aol.com)   TEL (408) 377-1368
Law Office of Merrisa L. Coleman-Bishop   FAX (408) 377-1439
2242 Camden Avenue, Suite 105
San Jose, California  95124

Executed February 9, 2011, Irvine, California.

/s/ Neal M. Cohen
Neal M. Cohen